NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WHITE BUFFALO CONSTRUCTION, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5045

---

Appeal from the United States Court of Federal Claims in consolidated case nos. 99-CV-961, 00-CV-415, and 07-CV-738, Senior Judge Loren A. Smith.

---

## ON MOTION

---

## O R D E R

Richard E. Alexander moves without opposition to withdraw as counsel of record for White Buffalo Construction, Inc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. New counsel for White Buffalo Construction, Inc. should promptly file an entry of appearance. The revised official caption is reflected above.

FOR THE COURT

FEB 0 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Richard E. Alexander, Esq.
     Timothy P. McIlmail, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 8 2012

JAN HORBALY
CLERK